# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cr-95 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| WILLIAM MARTIN, | : | |
| Defendant. | : | |

## FINAL NOTICE TO APPEAR BEFORE ARREST WARRANT

Due to your failure to appear for your initial appearance and arraignment on January 14, 2026, this matter has been rescheduled for **March 4, 2026, 9:30 a.m.,** before the undersigned at the Walter H. Rice Federal Building and U.S. Courthouse, 200 West Second Street, Courtroom #5, Dayton, Ohio. Your appearance at this hearing is mandatory.

**Failure to appear will result in the issuance of a warrant to the United States Marshal for your arrest.**

January 14, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge